AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
FILED

JUL 1 9 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Miguel Angel MORALES-Acuna<br>*Defendant* | Case No. B-18-654-MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **July 18, 2018, ~~2018~~** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U.S.C. § **554 and 371**,

an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 15 semi-automatic 5.56 caliber rifles, 15 assorted caliber semi-automatic handguns, and 25 handgun/rifle magazines of assorted calibers/capacities.

This criminal complaint is based on these facts:

Please see Attachment A.

☐ Continued on the attached sheet.

*Complainant's signature*

Daniel Hernandez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 19, 2018, 2018

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya, III, U.S. Magistrate Judge
*Printed name and title*

Attachment A

B-18454-MJ

On July 18, 2018, Homeland Security Investigations (HSI) Special Agents (SAs) were notified by Customs and Border Protection Officers (CBPOs) that Miguel Angel MORALES-Acuna was detained, at the Gateway International Port of Entry (POE), for having suspected firearms concealed in a 2004 Dodge Ram as he attempted to exit the United States and enter Mexico.

MORALES presented himself for outbound inspection to the CBPO and gave a negative declaration for food, drugs, weapons, and US currency in excess of 10,000. A second CBPO noted a solid sound from the gas-tank when tapped. The CBPO through his training and experience knew this sound is common when the gas-tank has been modified or filled with contraband. The vehicle was referred to secondary inspection for a non-intrusive inspection utilizing the Z-Portal. Anomalies were noted, in the gas-tank, by the CBPO conducting the scan. A total of 15 semi-automatic 5.56 caliber rifles, 15 assorted caliber semi-automatic handguns, and 25 handgun/rifle magazines of assorted calibers/capacities were discovered inside the gas-tank.

Complainant's signature

Daniel Hernandez, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: July 19, 2018

Judge's signature

City and state: Brownsville, TX

Ignacio Torteya, III, US Magistrate Judge
Printed name and title